UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHAD R. HEUNERNUND,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ACCOUNTS, LLC,<br><br>Defendant. | Case No. 4:18-cv-02360<br><br>Honorable Judge Sim Lake |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that CHAD R. HEUNERNUND ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant CAPITAL ACCOUNTS, LLC, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 12th day of December, 2018.

    Respectfully submitted,

    *s/ Alexander J. Taylor*
    Alexander J. Taylor
    Sulaiman Law Group, Ltd.
    2500 S. Highland Avenue, Suite 200
    Lombard, IL 60148
    Phone: (630) 575-8181
    ataylor@sulaimanlaw.com
    *Attorney for Plaintiff*

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                *s/ Alexander J. Taylor*_____
                                                Alexander J. Taylor